IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BABU SINGH,

    Plaintiff,

    v.

EMILIO T. GONZALEZ,

    Defendant.
_____/

No. C 06-05292 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On September 1, 2006, Plaintiff filed a motion for a preliminary injunction and noticed the matter for hearing on October 27, 2006 at 9:00 a.m.

The Court HEREBY ORDERS the parties to comply with the following briefing schedule:

Defendant's Opposition shall be due on September 25, 2006.

Plaintiff's Reply shall be due on October 2, 2006.

Plaintiff is FURTHER ORDERED to serve a copy of this Order on Defendant by no later than Tuesday, September 5, 2006, and to file proof of such service by September 6, 2006.

**IT IS SO ORDERED.**

Dated: September 1, 2006

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE