KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BABU SINGH,                                   )<br>                                                       )<br>      Plaintiff,                            )<br>                                                       )<br>   v.                                           )<br>                                                       )<br>EMILIO T. GONZALEZ,                )<br>                                                       )<br>      Defendant.                         )<br>_____) | No. C-6-5292-JSW<br><br>**STIPULATION TO EXTENSION OF TIME FOR GOVERNMENT TO FILE ITS OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>AND ORDER DENYING REQUEST FOR EXTENSION AS MOOT |

   The plaintiff, by and through his attorney of record, and defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a one-week extension of time for the government to file its opposition to the motion for preliminary injunction in light of the reasonable possibility that this action may soon be moot.

   The defendant's opposition will be due on October 2, 2006.

   The plaintiff's reply, if any, will be due on October 9, 2006

   The parties do not request a change to the hearing date.

STIPULATION TO EXTENSION OF TIME
C 06-5292-JSW                                                      1

Date:  September 22, 2006                    Respectfully submitted,

                                             KEVIN V. RYAN
                                             United States Attorney


                                              /s/
                                             EDWARD A. OLSEN[1]
                                             Assistant United States Attorney



Date:  September 22, 2006                     /s/
                                             JONATHAN KAUFMAN
                                             Attorney for Plaintiff

**ORDER**

~~Pursuant to stipulation, IT IS SO ORDERED.~~

Based on Plainitiff's withdrawal of his motion for preliminary injunction, the requested extension is DENIED AS MOOT.

Dated:                    _____/s/ Jeffrey S. White_____
September 26, 2006         JEFFREY S. WHITE
                           United States District Judge

---

[1] I, Edward A. Olsen, attest that both Jonathan Kaufman and I have signed this stipulation.

STIPULATION TO EXTENSION OF TIME
C 06-5292-JSW                              2