```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendant
 8
```

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  BABU SINGH,                        )     No. C-06-5292-JSW
                                       )
14       Plaintiff,                    )     **STIPULATION TO DISMISS; AND**
                                       )     **[PROPOSED] ORDER**
15       v.                            )
                                       )
16  EMILIO T. GONZALEZ,                )
                                       )
17       Defendant.                    )
    _____)

18     The plaintiff, by and through his attorney of record, and defendant, by and through his attorney

19  of record, hereby stipulate, subject to the approval of the Court, to a dismissal of the above-

20  entitled action because the plaintiff has obtained the relief he sought in this action.

21     Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-5292-JSW                          1

| | | |
|---|---|---|
| 1 | Date:  October 30, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney

Date: October30, 2006            /s/
JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 1, 2006

JEFFREY S. WHITE
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Jonathan Kaufman and I have signed this stipulation.

STIPULATION TO DISMISS
C 06-5292-JSW                                      2